In the Matter of the General Assignment for the Benefit of Creditors of DUBONNET FURS, INC., Assignor, to HARRY BLUMBERG, Assignee, Respondent. JULIUS KUPERSMITH, Creditor, Appellant.— Order unanimously affirmed, with

$20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [186 Misc. 26.]